# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael C. Vaughn,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                3:09cv233

Mecklenburg County Jail et al,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/16/2009 Order.

                                        Signed: June 16, 2009

                                        Frank G. Johns, Clerk
                                        United States District Court